UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LYNDA GEBERT,

        Plaintiff,

v.                                       Case No. 13-C-170

THRIVENT FINANCIAL FOR LUTHERANS
GROUP DISABILITY INCOME INSURANCE PLAN, et al,

        Defendants.

**ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL**

The court has considered defendant's motion to file the administrative record in the above matter under seal. Given the fact that the administrative record covers more than 1000 pages and includes throughout social security numbers, birth dates and personal information, the court concludes that the motion should be granted. Accordingly, the administrative record may be fled under seal.

Dated this 5th day of September, 2013.

                                                   s/ William C. Griesbach
                                                 William C. Griesbach, Chief Judge
                                                 United States District Court